Eastern District of Kentucky
**FILED**
MAY 25 2017
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 17-25-GFVT

UNITED STATES OF AMERICA                                        PLAINTIFF

V.          **MOTION OF UNITED STATES
           FOR ISSUANCE OF ARREST WARRANTS**

TIMOTHY DENNIS GOWDER and
GARY ARLAN MOORE                                                DEFENDANTS

\* \* \* \* \*

The United States moves for the issuance of arrest warrants for the presence of the Defendants, Timothy Dennis Gowder and Gary Arlan Moore, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: _____
Gregory Rosenberg
Assistant United States Attorney
601 Meyers Baker Rd.  Suite 200
London, KY  40741
(606) 330-4834
FAX (606) 864-3590
Gregory.Rosenberg2@usdoj.gov